**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASSOCIAÇÃO DOS PROFISSIONAIS DOS CORREIOS,<br><br>      Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON CORPORATION,<br><br>      Defendant. | Case No. 25-cv-01711-AS<br><br>Oral Argument Requested |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon Defendant's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, the accompanying Declarations of Fabiano Robalinho Cavalcanti and Jeffrey A. Rosenthal and the exhibits attached thereto, and all the pleadings filed in this action, Defendant The Bank of New York Mellon Corporation hereby moves this Court before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, 500 Pearl St. New York, New York, at a date and time to be determined by this Court, for an order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing with prejudice the Complaint filed by Plaintiff Associação dos Profissionais dos Correios Association for failure to state a claim and granting such other and further relief as the Court deems just and proper.

Dated: April 18, 2025
New York, New York

DENIED. The documents that BNY Mellon attached to its briefing make a highly persuasive point that ADCAP had notice (either actual, or inquiry) in at least 2021. But the Court can't resolve that fact-bound question on this motion to dismiss, especially because it would require taking the defendant's word on the veracity and authenticity of these documents, their translations, and the procedures for unsealing testimony in Brazil. These are factually contestable issues that are better resolved by giving ADCAP the opportunity to directly engage with them and present its own evidence.

The parties should meet and confer and file a joint letter with the Court by February 29 at 4:00 PM that proposes an expedited schedule for limited discovery on the statute of limitations question with an expedited briefing schedule to follow.

The Court notes that BNY Mellon has also moved on the basis of the elements of the underlying claims not being met. BNY Mellon will of course be able to raise these arguments again on summary judgment and the Court will entertain them.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 13, 2026

Respectfully submitted,

/s/ Jeffrey A. Rosenthal
Jeffrey A. Rosenthal
Katherine M. MacAdam
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
T: (212) 225-2000
F: (212) 225-3999
jrosenthal@cgsh.com
kmacadam@cgsh.com

*Attorneys for Defendant The Bank of New York Mellon Corporation*